IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 1:12cr169-MHT |
| JAMES TIMOTHY TURNER | ) | (WO) |

ORDER

It is ORDERED that the opinion and order (doc. no. 152) shall replace the opinion and order (doc. no. 150).

DONE, this the 26th day of June, 2013.

        /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE